850 July 9, 2025 No. 636

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

MARTIN ALLEN JOHNSON,
*Plaintiff-Appellant,*

*v.*

Jamie MILLER,
Superintendent,
Snake River Correctional Institution,
*Defendant-Respondent.*

Malheur County Circuit Court
23CV42211; A183020

Lung S. Hung, Judge.

Submitted June 6, 2025.

Jedediah Peterson and Equal Justice Law filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Petitioner appeals from a judgment dismissing his petition for a writ of habeas corpus, challenging the denial of his motion to appoint counsel. Petitioner argues that the trial court's explanation for denying the motion—that it failed to state a claim for relief—is not "consistent with the purpose" of appointing counsel because one function of counsel is to help petitioner state a claim.

We conclude that the trial court did not abuse its discretion in denying petitioner's motion. A habeas petitioner is "entitled to a ruling with sufficient explanation on the record in response to his motion to appoint counsel." *Steltz v. Cain*, 325 Or App 560, 565, 529 P3d 284 (2023). The trial court explained its rationale and petitioner has not demonstrated that that rationale was incorrect.

Affirmed.